FILED BY _____ K.Z. _____ D.C.

OCT 28 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Reynier Eire
125 NE 120 ST
North Miami Florida 33161
305-915-9206
Eire1060@hotmail.com

## DISTRICT COURT

## SOUTHERN DISTRIC OF FLORIDA

| REYNIER EIRE, | Case No.: EEOC Charge 510-2018-06448 |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT |
| QUEST DIAGNOSTICS, | |
| Defendant | |

The plaintiff Reynier Eire proceeding Pro Se, brings forth the following causes of action and alleges the following:

1. Plaintiff is and individual and resident of North Miami Florida USA

2. Defendant is a corporation and at the time of this complaint, a resident of Miramar Florida.

3. On or about May 6, 2019 Plaintiff was deny the opportunity to a fair interview Process by passing him over for promotion in a disparate manner partially base in his natural origin, and or age. Violating Title VII of the Civil Rights act of 1964 (Title VII). Title VII protects an employee from an employer's discriminatory conduct. After applying for a Supervisor position through the proper channels, caused him to suffer depression creating a hostile working environment for him.

Statement of facts.

4. Plaintiff Reynier Eire, Spanish male is a career employee at Quest Diagnostics with over 19 years of dedicated service with the Logistics Department Miramar South Florida,

COMPLAINT - 1

throughout Plaintiff's tenure with Quest Diagnostics he has proven to be an exemplary employee, evidenced by numerous promotions and awards. Recently once again Quest failed to provide Reynier Eire a reasonable opportunity for a promotion by denying him the opportunity to a fair interview process after being strongly encouraged by the Manager of the department.

## COUNT ONE

### Discrimination

On or about May 6, 2018 Defendant failed to provide a fair interview process to the Plaintiff after encouraging the Plaintiff to apply for the position. The Defendant's conduct as alleged at length herein constitutes discrimination based on race in violation of Title VII. The stated reasons for the Defendant's conduct were not true reasons but instead were pretext to hide the Defendant's discriminatory animus.

## COUNT TWO

### Reprisal and retaliation

See attached exhibit A. The stated reasons for the Defendant's conduct were not true reasons but instead were pretext to hide the Defendant's discriminatory animus.

### Prayer for Relief

Wherefore, the Plaintiff requests that the court awards him:

a) A retroactive Supervisor promotion level with benefits and other emoluments of employment.

b) The Sum of $120,000.00 in compensatory damages suffered because of the discrimination and retaliation.

Dated this 28 of October, 2019.

COMPLAINT - 2

Respectfully Submitted,

*Reynier Eire*

Reynier Eire
Pro Se
1250NE 120 ST
North Miami Florida 33161
Eire1060@hotmail.com
Cell 305-915-9206

Cc Quest Diagnostics
    Attention: Michelle G Fefferman, Esq.
    500 Plaza Drive
    Secaucus, NJ 07094

COMPLAINT - 3

What have I done wrong?

Reported the first day to do the route and Karen Van Doreen and Loren a previous supervisor we had, try to force me into doing a route without any training to the point that I ended up calling HR and within a few hours it was resolved.

Why? When everyone else received up to 2 weeks of training.

Karen Van Doreen in a department meeting stood in front of us and announced that our vehicles had been equipped with transponders, they will record everything we did including speed, look straight at my face and said (I quote) but don't worry you can go up to 8 miles per hour over the speed limit, I replied excuse me!!!!! She stated, well you know what I mean. No I don't know what you mean.

Why? Who are you to tell me not to obey the law?

After the original letter that your law firm send to Quest Diagnostics retaliation started.

My supervisor Joseph J Pearson approached me in the middle of the hallway with an intimidating attitude telling me, that it was brought to his attention that I took longer to do the same amount of stops compared to another driver, I look at him and said really!!!! Joe, did he went to the same areas I went, he answer no, and I replied Joe don't you see you are been used to retaliate against me? He walked away.

Why?

Who is behind all of this?

Still Joseph J Pearson my supervisor keep on trying, he approached weeks later to tell me that someone had told him for me to apply for my previous position as a route administrator, it was going to be open once again, I asked who? He replied I can't tell you with a big smile in his lips , I wrote my cellular number and name in a piece of paper gave to him and said, when that person calls me maybe I will consider applying for the position, then I called John Warner Logistics Regional Manager the person who fully train me in Ortec and other Quest Diagnostic programs, to verify if in fact the position was going to be open and he stated he was not aware of any openings. The next day I approached Joseph J Pearson my supervisor and told him about the call, and once again asked who told you that Joe? His replied I can't tell you Rey, I replied to him Joe once again don't you see you are been use to retaliate against me who ever it is needs to leave me alone, and he walked away.